

**ORDERED in the Southern District of Florida on December 15, 2015.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:

Q4 PROPERTIES, LLC.,                                   Case No. 14-37540-RAM
                                                       Chapter 11

          Debtor.

_____/

**ORDER GRANTING JOINT MOTION TO DISMISS CASE**

**NOTICE TO CREDITORS: THIS ORDER WILL BECOME
FINAL ON DECEMBER 29, 2015. IF YOU HAVE ANY
OBJECTION TO THIS DISMISSAL, YOU MUST FILE SAME
ON OR BEFORE DECEMBER 29, 2015.**

THIS CAUSE came before the Court on December 14, 2015, upon the Joint Motion to

Dismiss Case [ECF No. 134](the "Motion").  The Court having reviewed the Motion, having

reviewed the settlement stipulation and being otherwise fully advised in the premises, it is HEREBY

ORDERED that:

1.      The Motion is **GRANTED**.

2.      The case is **DISMISSED** with prejudice to the Debtor filing of a petition under any chapter

F:\networkdocs\MIZRAHI\BANKRUPTCY\14-37540 Q4\Orders\Drafts\Prop O Dismissing Case.wpd

of the United States Bankruptcy Code for a period of two (2) years from the date of this Order.

3.  Debtor shall file any pending Monthly Operating Reports or an Affidavit of Disbursements within ten (10) days of the entry of this Order and simultaneously pay the United States Trustee any unpaid sum due pursuant to 28 U.S.C. Section 1930(a)(6).

4.  Debtor shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with these cases within ten (10) days of the entry of this Order.

5.  Debtor shall pay any and all non-insider unsecured debts that were scheduled or filed in this case which are undisputed and file a certificate of payment within ten (10) days of the entry of this Order.

6.  This Court shall retain jurisdiction to enforce the provisions of this Order.

###

Submitted by:
Scott Alan Orth, Esq.
Law Offices of Scott Alan Orth, P.A.
3860 Sheridan Street, Suite A
Hollywood, Florida 33021
Telephone: (305) 757 3300
Facsimile: (305) 757 0071
Email: scott@orthlawoffice.com

[Attorney, Scott A. Orth, Esq., is directed to serve this order on all parties of record and file a Certificate of Service reflecting same.]

F:\networkdocs\MIZRAHI\BANKRUPTCY\14-37540 Q4\Orders\Drafts\Prop O Dismissing Case.wpd